# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 18, 2015

Ms. Raechel M. Badalamenti
Kirk, Huth, Lange & Badalament
19500 Hall Road
Suite 100
Clinton Township, MI 48038-0000

Mr. Shawn C. Cabot
Christopher Trainor & Associates
9750 Highland Road
White Lake, MI 48386

Mr. Robert Joseph Morris
Kirk, Huth, Lange & Badalament
19500 Hall Road
Suite 100
Clinton Township, MI 48038-0000

      Re: Case No. 15-2283, *Michael Laskey v. City of Warren, MI, et al*
           Originating Case No. : 2:13-cv-14538

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 15-2283

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MICHAEL LASKEY

    Plaintiff - Appellant

v.

CITY OF WARREN, MI; KIMBERLEY TEOLIS; COLIN MCCABE, Officer

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed with prejudice pursuant to 42(b), Federal Rules of Appellate Procedure with each party to bear their own costs.

                                        **ENTERED PURSUANT TO RULE 33,**
                                        **RULES OF THE SIXTH CIRCUIT**
                                        Deborah S. Hunt, Clerk

Issued: December 18, 2015